IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BILLY PAIGE, on behalf of himself and the class he seeks to represent,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUITY GROUP EUFAULA DIVISION, LLC, a subsidiary of Keystone Foods, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>2:18cv737-MHT<br>(WO) |

## PARTIAL DISMISSAL ORDER

Upon consideration of plaintiff Billy Paige's response to defendant Equity Group Eufaula Division, LLC's motion to dismiss the amended complaint (doc. no. 26), in which Paige "voluntarily dismisses his class claims and his disparate impact claims," it is ORDERED that said claims are dismissed without prejudice, with no costs taxed.

This case is not closed.

DONE, this the 20th day of February, 2020.

                                             /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**