IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BILLY PAIGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv737-MHT |
| | ) | (WO) |
| EQUITY GROUP EUFAULA | ) | |
| DIVISION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Equity Group Eufaula Division, LLC's motion for summary judgment (Doc. 43) is granted.

(2) Judgment is entered in favor of defendant Equity Group Eufaula Division, LLC and against plaintiff Billy Paige, with plaintiff Paige taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Paige, for which execution may issue.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 16th day of September, 2021.

                                    /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**